**J. T. FLEMING, et al., v. FLORIDA POWER & LIGHT COMPANY, a corporation.**

24 So. (2nd) 813                                      January Term, 1946
January 29, 1946                                           Division A
Rehearing denied Feb. 15, 1946

*Herbert Wentworth,* for appellants.

*Dewey A. Dye,* and *Loftin, Anderson, Scott, McCarthy & Peterson,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined. Appellants are seeking a declaratory decree and the ultimate enforcement of a contract against appellee which we do not think can be enforced against it so the judgment appealed from is affirmed on authority of Robert W. Ready v. Safeway Rock Co., decided January 25, 1946, not yet reported.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.